B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re  **RIH Acquisitions NJ, LLC** _____ Case No.  **13-**
_____ Debtor(s) _____ Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **NATIONAL RETIREMENT FUND**<br>**6 BLACKSTONE VALLEY PLACE**<br>**ATTN; MR. RICHARD N. RUST**<br>**SUITE 302**<br>**LINCOLN, RI 02865-1112** | **NATIONAL RETIREMENT FUND**<br>**6 BLACKSTONE VALLEY PLACE**<br>**ATTN; MR. RICHARD N. RUST**<br>**LINCOLN, RI 02865-1112** | **PENSION** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **UNKNOWN** |
| **DUANE MORRIS LLP**<br>**30 SOUTH 17TH STREET**<br>**ATTN: GIL BROOKS, ESQ.**<br>**PHILADELPHIA, PA 19103-4196** | **DUANE MORRIS LLP**<br>**30 SOUTH 17TH STREET**<br>**ATTN: GIL BROOKS, ESQ.**<br>**PHILADELPHIA, PA 19103-4196** | **LEGAL SERVICES** | | **687,890.99** |
| **BALLY GAMING INC.**<br>**BALLY TECHNOLOGIES**<br>**ATTN: STAN KOZLOWSKI**<br>**LOCKBOX #749335**<br>**LOS ANGELES, CA 90074** | **BALLY GAMING INC.**<br>**BALLY TECHNOLOGIES**<br>**ATTN: STAN KOZLOWSKI**<br>**LOCKBOX #749335**<br>**LOS ANGELES, CA 90074** | **TRADE SERVICES** | | **615,968.39** |
| **US FOOD SERVICE, INC.**<br>**ATTN: GARY MEYERS, PRES.**<br>**2255 HIGH HILL ROAD**<br>**BRIDGEPORT, NJ 08014-0545** | **US FOOD SERVICE, INC.**<br>**ATTN: GARY MEYERS, PRES.**<br>**2255 HIGH HILL ROAD**<br>**BRIDGEPORT, NJ 08014-0545** | **TRADE SERVICES** | | **560,549.06** |
| **WILLKIE FARR & GALLAGHER**<br>**787 SEVENTH AVENUE**<br>**NEW YORK, NY 10019-6099** | **WILLKIE FARR & GALLAGHER**<br>**787 SEVENTH AVENUE**<br>**NEW YORK, NY 10019-6099** | **LEGAL SERVICES** | | **539,407.87** |
| **WMS GAMING INC**<br>**ATTN: SCOTT STABY**<br>**23571 NETWORK PLACE**<br>**CHICAGO, IL 60673-1235** | **WMS GAMING INC**<br>**ATTN: SCOTT STABY**<br>**23571 NETWORK PLACE**<br>**CHICAGO, IL 60673-1235** | **TRADE SERVICES** | | **418,773.69** |

B4 (Official Form 4) (12/07) - Cont.
In re  **RIH Acquisitions NJ, LLC** _____, Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AC ELECTRIC<br>ATTN: TONY DELLA VECCHIA<br>P.O. BOX 231<br>CORPORATE OFFICES<br>WILMINGTON, DE 19899-0231 | AC ELECTRIC<br>ATTN: TONY DELLA VECCHIA<br>P.O. BOX 231<br>CORPORATE OFFICES<br>WILMINGTON, DE 19899-0231 | UTILITY SERVICES | | 418,572.76 |
| INT'L GAME TECHNOLOGY<br>ATTN: ANTHONY SOFRAN<br>9295 PROTOTYPE ROAD<br>BOX 10580<br>RENO, NV 89510 | INT'L GAME TECHNOLOGY<br>ATTN: ANTHONY SOFRAN<br>9295 PROTOTYPE ROAD<br>BOX 10580<br>RENO, NV 89510 | TRADE SERVICES | | 318,193.81 |
| CLEAR CHANNEL OUTDOOR<br>ATTN: DAVID LAMBERGER<br>9130 STATE ROAD<br>PHILADELPHIA, PA 19136 | CLEAR CHANNEL OUTDOOR<br>ATTN: DAVID LAMBERGER<br>9130 STATE ROAD<br>PHILADELPHIA, PA 19136 | TRADE SERVICES | | 288,821.10 |
| SCHINDLER ELEVATOR CORP<br>ATTN: JOSEPH ZEIMANN<br>200 WEST PARKWAY DRIVE<br>EGG HARBOR TWP, NJ 08234 | SCHINDLER ELEVATOR CORP<br>ATTN: JOSEPH ZEIMANN<br>200 WEST PARKWAY DRIVE<br>EGG HARBOR TWP, NJ 08234 | TRADE SERVICES | | 230,542.17 |
| GRAHAM, CURTIN & SHERIDAN<br>ATTN: PETER LAUGHLIN<br>4 HEADQUARTERS PLAZA<br>CN 1991<br>MORRISTOWN, NJ 07960-1991 | GRAHAM, CURTIN & SHERIDAN<br>ATTN: PETER LAUGHLIN<br>4 HEADQUARTERS PLAZA<br>CN 1991<br>MORRISTOWN, NJ 07960-1991 | LEGAL SERVICES | | 202,241.08 |
| ATTILIO ESPOSITO INC.<br>ATTN: LOU ESPOSITO<br>1001 SOUTH 9TH STREET<br>PHILADELPHIA, PA 19147 | ATTILIO ESPOSITO INC.<br>ATTN: LOU ESPOSITO<br>1001 SOUTH 9TH STREET<br>PHILADELPHIA, PA 19147 | TRADE SERVICES | | 194,744.00 |
| BUNZL PHILADELPHIA<br>ATTN: MICHAEL PAVLICKA<br>10814 NORTHEAST AVENUE<br>PHILADELPHIA, PA 19116 | BUNZL PHILADELPHIA<br>ATTN: MICHAEL PAVLICKA<br>10814 NORTHEAST AVENUE<br>PHILADELPHIA, PA 19116 | TRADE SERVICES | | 173,434.54 |
| AGILYSYS NV, LLC<br>ATTN: JOHN CLEAVERLY<br>578 OLD NORCROSS ROAD<br>LAWRENCEVILLE, GA 30047 | AGILYSYS NV, LLC<br>ATTN: JOHN CLEAVERLY<br>578 OLD NORCROSS ROAD<br>LAWRENCEVILLE, GA 30047 | TRADE SERVICES | | 157,358.90 |

B4 (Official Form 4) (12/07) - Cont.

In re  **RIH Acquisitions NJ, LLC** _____     Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CASINO LOBSTER<br>ATTN: GREG GOFF<br>120 W. MERION AVENUE<br>PLEASANTVILLE, NJ 08232 | CASINO LOBSTER<br>ATTN: GREG GOFF<br>120 W. MERION AVENUE<br>PLEASANTVILLE, NJ 08232 | TRADE SERVICES | | 146,521.60 |
| MARK IT SMART, INC<br>ATTN: MARK DITTEAUX<br>128 A EAST DYER ROAD<br>SANTA ANA, CA 92707 | MARK IT SMART, INC<br>ATTN: MARK DITTEAUX<br>128 A EAST DYER ROAD<br>SANTA ANA, CA 92707 | TRADE SERVICES | | 134,340.87 |
| STANDARD TEXTILE CO INC.<br>ATTN: GREG EUBANKS<br>1 KNOLLCREST DRIVE<br>CINCINNATI, OH 45222 | STANDARD TEXTILE CO INC.<br>ATTN: GREG EUBANKS<br>1 KNOLLCREST DRIVE<br>CINCINNATI, OH 45222 | TRADE SERVICES | | 121,318.51 |
| CARRIER CORPORATION<br>ATTN: DOUG EHRGOTT<br>275 QUIGLEY BLVD.<br>NEW CASTLE, DE 19720 | CARRIER CORPORATION<br>ATTN: DOUG EHRGOTT<br>275 QUIGLEY BLVD.<br>NEW CASTLE, DE `19720 | TRADE SERVICES | | 112,945.32 |
| ALL RISK INC<br>ATTN: FRANK MESSINA<br>501 KENNEDY BOULEVARD<br>SOMERDALE, NJ 08083 | ALL RISK INC<br>ATTN: FRANK MESSINA<br>501 KENNEDY BOULEVARD<br>SOMERDALE, NJ 08083 | TRADE SERVICES | | 100,000.00 |
| ATLANTICCARE PHYSICIAN GROUP PA<br>ATTN: ROBIN ANTISTA<br>2500 ENGLISH CREEK AVENUE<br>BUILDING 600, SUITE 602<br>EGG HARBOR TWP., NJ 08234 | ATLANTICCARE PHYSICIAN GROUP PA<br>ATTN: ROBIN ANTISTA<br>2500 ENGLISH CREEK AVENUE<br>BUILDING 600, SUITE 602<br>EGG HARBOR TWP., NJ 08234 | TRADE SERVICES | | 91,652.10 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Co-Chief Operating Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  November 6, 2013 _____     Signature _____
Eric J. Matejevich
Co-Chief Operating Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.