**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Ryan T. Jareck, Esq.
Nicholas B. Vislocky, Esq.
(201) 489-3000
(201) 489-1536 Facsimile
Proposed attorneys for RIH Acquisitions NJ, LLC, *et al.*,
Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CASE NO. 13-

Chapter 11
(Joint Administration Pending)

|  |  |
|---|---|
| In re:<br><br>RIH ACQUISITIONS NJ, LLC, *et al.*,[1]<br><br>Debtors-in-Possession. | **NOTICE OF MOTION FOR AN ORDER AUTHORIZING THE RETENTION AND COMPENSATION OF NON-LEGAL PROFESSIONALS UTILIZED BY RIH ACQUISITIONS NJ, LLC IN THE ORDINARY COURSE OF ITS BUSINESS *NUNC PRO TUNC* TO THE FILING DATE** |

**HEARING DATE AND TIME:**
_____, 2013, at __:__ a.m.

**ORAL ARGUMENT REQUESTED**

TO:    All Parties-in-Interest

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: RIH Acquisitions NJ, LLC d/b/a The Atlantic Club Casino Hotel (1695) and RIH Propco NJ, LLC (5454).

51328/0001-8927337v2

PLEASE TAKE NOTICE that pursuant to an Order Regarding Application for Expedited Consideration of First Day Matters served herewith, on the ____ day of November, 2013, at _____ __.m., or as soon thereafter as counsel may be heard, the undersigned, proposed counsel for RIH Acquisitions NJ, LLC d/b/a The Atlantic Club Casino Hotel and RIH Propco NJ, LLC, the within debtors and debtors-in-possession (the "**Debtors**"), shall move before the assigned United States Bankruptcy Judge, at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101, for entry of an Order authorizing the retention and compensation of non-legal professionals utilized by RIH Acquisitions in the ordinary course of its business *nunc pro tunc* to the commencement of these cases (the "**Motion**").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the "First Day" Affidavit of Eric Matejevich and the accompanying Application which sets forth the relevant factual and legal bases upon which the relief requested should be granted. A proposed Order granting the relief requested in the Motion also is submitted herewith.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall be presented in accordance with the Order Regarding Application for Expedited Consideration of First Day Matters.

PLEASE TAKE FURTHER NOTICE that unless objections are timely presented, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the requested relief may be granted without a hearing.

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the return date of the Motion.

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.
        Proposed attorneys for RIH Acquisitions NJ, LLC, *et al.*,
        Debtors-in-Possession

By: */s/ Michael D. Sirota*
        Michael D. Sirota
        Warren A. Usatine
        Ryan T. Jareck
        Nicholas B. Vislocky

DATED: November 6, 2013