LOWENSTEIN SANDLER LLP
Kenneth A. Rosen, Esq. (KR 4963)
Bruce Buechler, Esq. (BB 0324)
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

-and-

DICKINSON WRIGHT PLLC
Kristi A. Katsma, Esq.
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Tel: (313) 223-3180
Fax: (313) 223-3589

*Counsel to Northlight Trust I, a
Delaware Statutory Trust, and its Affiliates*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re:**<br><br>RIH ACQUISITIONS NJ, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-34483 (GMB)<br><br>(Joint Administration Pending) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 2002(g) AND 9010**

**NOTICE IS HEREBY GIVEN** pursuant to §1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rules 2002(g) and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Lowenstein Sandler LLP and

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: RIH Acquisitions NJ, LLC, d/b/a The Atlantic Club Casino Hotel (1695); and RIH Propco, NJ LLC (5454).

99992/90
11/07/2013 22025780.1

Dickinson Wright PLLC appear for and on behalf of Northlight Trust I and its affiliates in the above-referenced Chapter 11 cases.

NOTICE IS FURTHER GIVEN that Lowenstein Sandler LLP and Dickinson Wright PLLC request that all notices given or required to be given in this above-captioned chapter 11 cases including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed to any statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them, be given to and served upon the following:

LOWENSTEIN SANDLER LLP
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973)597-2500
Fax: (973)597-2400

Attn: Kenneth A. Rosen
E-mail: krosen@lowenstein.com

Attn: Bruce Buechler
E-mail: bbuechler@lowenstein.com

-and-

DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Tel: (313) 223-3180
Fax: (313) 223-3589

Attn: Kristi A. Katsma
E-mail: kkatsma@dickinsonwright.com

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors or Debtors' estate.

Dated: November 7, 2013

                        **LOWENSTEIN SANDLER LLP**

By:   /s/ *Bruce Buechler*
       Kenneth A. Rosen, Esq. (KR 4963)
       Bruce Buechler, Esq. (BB 0324)
       65 Livingston Avenue
       Roseland, New Jersey 07068
       Tel: (973) 597-2500
       Fax: (973) 597-2400

-and-

**DICKINSON WRIGHT PLLC**
Kristi A. Katsma, Esq.
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Tel: (313) 223-3180
Fax: (313) 223-3589

*Co-Counsel to Northlight Trust I, a Delaware Statutory Trust, and its Affiliates*