**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUBRANNI ZAUBER LLC<br>Willow Ridge Executive Office Park<br>750 Route 73 South, Suite 307B<br>Marlton, NJ 08053<br>(609) 347-7000; Fax: (609) 345-4545<br>Attorneys for International Game Technology<br>By: Scott M. Zauber, Esq.  SZ6086 | |
| In Re:<br><br>RIH Acquisitions NJ, LLC<br><br>                              Debtor | Case No.:  13-34483-GMB<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that Scott M. Zauber, Esq., attorney for International Game Technology, enters his appearance and requests that all notices given or required to be given in this case, whether pursuant to Bankruptcy Rule 2002, 9007, 9010 or Bankruptcy Code Sections 102(1), 342 and 1109(b) or any other provisions of the Bankruptcy Code or Bankruptcy Rules, and all pleadings served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

Scott M. Zauber, Esq.
Subranni Zauber LLC
Willow Ridge Executive Office Park
750 Route 73 South, Suite 307B
Marlton, NJ 08053
(609) 347-7000
Fax: (609) 345-4545
szauber@subranni.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and pleadings referred to in the Rules specified above, but also includes without limitation, Orders and requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect the Debtor, estate, or property of the estate.

SUBRANNI ZAUBER LLC
Attorneys for International Game Technology

Dated:  November 7, 2013         By:     /s/ Scott M. Zauber___
                                         Scott M. Zauber, Esq.