**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Ryan T. Jareck, Esq.
Nicholas B. Vislocky, Esq.
(201) 489-3000
(201) 489-1536 Facsimile
Proposed attorneys for RIH Acquisitions NJ, LLC, *et al.*,
Debtors-in-Possession

|  |  |
|---|---|
| In re:<br><br>RIH ACQUISITIONS NJ, LLC, *et al.*,[1]<br><br>Debtors-in-Possession. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE GLORIA M. BURNS<br>CASE NO. 13-34483 (GMB)<br><br>Chapter 11<br><br>(Joint Administration Pending)<br><br>**APPLICATION FOR THE *PRO HAC VICE*<br>ADMISSION OF PAUL V. SHALHOUB,<br>ESQ.** |

RIH Acquisitions NJ, LLC d/b/a The Atlantic Club Casino Hotel and RIH Propco NJ, LLC, the within debtors and debtors-in-possession (the "**Debtors**"), by their undersigned proposed counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A., respectfully makes this application (the "**Application**"), for the *pro hac vice* admission of Paul V. Shalhoub, Esq., and represent as follows:

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: RIH Acquisitions NJ, LLC d/b/a The Atlantic Club Casino Hotel (1695) and RIH Propco NJ, LLC (5454).

51328/0001-10032484v1

1. On November 6, 2013, RIH Acquisitions NJ, LLC d/b/a The Atlantic Club Casino Hotel and RIH Propco NJ, LLC (the "**Debtors**"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code.

2. Paul V. Shalhoub, Esq., member of the firm of Willkie Farr & Gallagher LLP, is proposed special corporate counsel for the Debtors and has represented the Debtors in connection with this matter. Accordingly, because of his familiarity with the facts and circumstances relevant to the Debtors in the within matter, the Debtors request that Paul V. Shalhoub be allowed to appear *pro hac vice* in the within matter.

3. As set forth in the Certification of Paul V. Shalhoub, Esq., annexed hereto as **Exhibit A**, Mr. Shalhoub is a member in good standing of the bar of the State of New York. Mr. Shalhoub is not under suspension or disbarment by any court.

4. If admitted *pro hac vice*, Mr. Shalhoub has represented that he will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the Court grant Debtors' Application, pursuant to D.N.J. LBR 2090-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above captioned matter.

        Respectfully submitted,

        COLE**,** SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
        Proposed attorneys for RIH Acquisitions NJ, LLC, *et al.*,
        Debtors-in-Possession

        By:  /s/ *Ryan T. Jareck*
             Ryan T. Jareck

Date: November 7, 2013