UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Richard L. Schepacarter, Esq. (RS 0159)
Jeffrey M. Sponder, Esq. (JS 5127)
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | |
| RIH Acquisitions NJ, LLC, et al., | Chapter 11 |
|  | Case No.    13-34483 (GMB) |
|  | *Jointly Administered* |
| Debtor. | |
|  | The Honorable Gloria M. Burns |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case.

**National Retirement Fund**
6 Blackstone Valley Place
Lincoln, RI  02865-1112
Tel.: 401-334-4155
Fax: 401-334-5133
Attn: Richard N. Rust

**WMS Gaming, Inc.**
800 S. Northpoint Blvd.
Waukegan, IL  60085
Tel.: 847-785-3000
Attn: Deborah Fulton, Esq.

**Casino Lobster**
120 W. Merion Avenue
Pleasantville, NJ  08232
Tel.: 609-641-3345
Fax: 609-484-8411
Attn: Bernadette Goff

**Mark-it Smart**
128 E. Dyer Road, Suite A
Santa Ana, CA  92707
Tel.: 714-673-6400
Fax: 714-673-6401
Attn: Mark F. Ditteaux

**Atlantic City Linen**
18 N. New Jersey Avenue
Atlantic City, NJ  08401
Tel.: 609-345-5888
Fax: 609-344-5753
Attn: Eric Goldberg

**Bally Gaming, Inc.**
6601 South Bermuda Road
Las Vegas, NV  89119
Tel.: 702-584-7700
Fax: 702-584-7894
Attn: Patrick Spargar

**Page 2**
**RIH Acquisitions NJ, LLC, et al.,**
**Appointment Of Official Committee**
**Of Unsecured Creditors**

**AtlanticCare Physician Group PA**
2500 English Creek Avenue
Building 600, Suite 602
Egg Harbor Township, NJ  08234
Tel.: 609-407-2308
Fax: 609-407-2305
Attn: David DeSimone

Counsel for Committee

Morton R. Branzburg, Esq.
Carol Ann Slocum, Esq.
Klehr Harrison et al.
1835 Market Street
Suite 1400
Philadelphia, PA 19103
Tel.: 215-569-2700
Fax: 215 568 6603

        ROBERTA A. DEANGELIS
        UNITED STATES TRUSTEE
        REGION 3


        By: */s/ Martha R. Hildebrandt*
            Martha R. Hildebrandt
            Assistant United States Trustee
            Jeffrey Sponder
            Trial Attorney
            Richard L. Schepacarter
            Trial Attorney

Date: November 14, 2013