| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2 |
| **KLEHR HARRISON HARVEY BRANZBURG, LLP**<br><br>457 Haddonfield Road, Suite 510<br>Cherry Hill, NJ  08002<br><br>Telephone:  (856) 486-7900<br>Facsimile:  (856) 486-4875<br><br>Morton R. Branzburg, Esquire<br>Carol Ann Slocum, Esquire<br>Richard M. Beck, Esquire<br><br>*Attorneys for the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| In re:<br><br>RIH ACQUISITIONS, NJ, LLC, et al.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 13-34483 (GMB)<br><br>*Jointly Administered* |

**ENTRY OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

NOTICE IS HEREBY GIVEN pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Klehr Harrison Harvey Branzburg LLP hereby appears as proposed counsel for the Official Committee of Unsecured Creditors.

NOTICE IS FURTHER GIVEN that Klehr Harrison Harvey Branzburg LLP requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: RIH Acquisitions NJ, LLC d/b/a The Atlantic Club Casino Hotel (1695) and RIH Propco NJ, LLC (5454).

17527-0001/PHIL1 3225501v.1

holders who file with the Court a request that all notices be mailed to them) be given to and served upon Klehr Harrison Harvey Branzburg LLP at the following offices:

>Morton R. Branzburg, Esquire
>Klehr | Harrison | Harvey | Branzburg, LLP
>1835 Market Street, Suite 1400
>Philadelphia, PA  19103
>Telephone:  215-569-3007
>Facsimile:  215-568-6603
>mbranzburg@klehr.com
>
>Carol Ann Slocum, Esquire
>Klehr | Harrison | Harvey | Branzburg, LLP
>457 Haddonfield Road
>Cherry Hill, NJ 08002
>Telephone: (856) 486-7900
>Facsimile: (856) 486-4875
>cslocum@klehr.com
>
>Richard M. Beck, Esquire
>Klehr | Harrison | Harvey | Branzburg, LLP
>1835 Market Street, Suite 1400
>Philadelphia, PA  19103
>Telephone:  215-569-2299
>Facsimile:  (215) 568-6603
>rbeck@klehr.com

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand

delivery, telephone, telegraph, telex or otherwise, that affect the above-captioned debtor or debtor-in-possession or the property of such debtor or the debtor's case.

        KLEHR HARRISON HARVEY
        BRANZBURG LLP

        By: /s/ Morton R. Branzburg

Dated: November 21, 2013

17527-0001/PHIL1 3225501v.1