UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY FEE APPLICATION COVER SHEET

| | |
|---|---|
| IN RE: | APPLICANT: Cole, Schotz, Meisel, |
| RIH ACQUISITIONS NJ, LLC, *et al.*,[1] | Forman & Leonard, P.A. |
| CASE NO.: 13-34483 (GMB) | CLIENT: Debtor |
| CHAPTER: 11 | CASES FILED: November 6, 2013 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

_/s/ Ryan T. Jareck_     12/4/2013
RYAN T. JARECK     Date

---

**SECTION I**
**FEE SUMMARY**

---

First Monthly Fee Statement Covering the Period
November 6, 2013 through November 30, 2013

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $0.00 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer (if applicable): | $375,000.00 |
| Total Holdback (if applicable): | N/A |
| Total Received by Applicant: | $0.00 |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: RIH Acquisitions NJ, LLC d/b/a The Atlantic Club Casino Hotel (1695) and RIH Propco NJ, LLC (5454).

| Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|
| 1. Michael D. Sirota, Member | 1986 | 58.00 | $800.00 | $46,400.00 |
| 2. David Bass, Member | 1994 | 1.30 | $640.00 | $832.00 |
| 3. John Stewart, Member | 1998 | 1.60 | $440.00 | $704.00 |
| 4. Warren A. Usatine, Member | 1995 | 12.10 | $625.00 | $7,562.50 |
| 5. Ryan T. Jareck, Associate | 2008 | 142.90 | $360.00 | $51,444.00 |
| 6. Nicholas Vislocky, Associate | 2012 | 52.00 | $245.00 | $12,740.00 |
| 7. Frances Pisano, Paralegal | N/A | 55.50 | $245.00 | $13,597.50 |
| 8. Cynthia Braden, Paralegal | N/A | 35.60 | $220.00 | $7,832.00 |
| 9. Kim Calkin McEllen, Paralegal | N/A | .80 | $195.00 | $156.00 |
| 10. Anthony Cortez, Litigation Support | N/A | 2.80 | $250.00 | $700.00 |
| TOTALS | | 362.60 | | $141,968.00 |

FEE TOTALS (Page 3)     $141,968.00
DISBURSEMENTS TOTALS (Page 4)     $4,387.89
TOTAL FEE APPLICATION     $146,355.89

2

## SECTION II
## SUMMARY OF SERVICES

| | Services Rendered | Hours | Fee |
|---|---|---|---|
| a) | Asset Analysis and Recovery | 0.00 | $0.00 |
| b) | Asset/Business Disposition | 57.30 | $27,592.50 |
| c) | Business Operations | 157.10 | $58,727.00 |
| d) | Case Administration | 39.40 | $11,503.00 |
| e) | Claims Administration and Objections | .50 | $241.00 |
| f) | Due Diligence | .80 | $156.00 |
| g) | Employee Benefits/Pensions | .50 | $180.00 |
| h) | Fee/Employment Applications | 34.40 | $10,260.00 |
| i) | Fee/Employment Objections | 0.00 | $0.00 |
| j) | Financing | 18.00 | $8,070.50 |
| k) | Litigation (Other than Avoidance Action Litigation) | 11.70 | $5,090.50 |
| l) | Avoidance Action Litigation | 0.00 | $0.00 |
| m) | Meetings of Creditors | 8.20 | $3,085.50 |
| n) | Plan and Disclosure Statement | 0.00 | $0.00 |
| o) | Relief from Stay Proceedings | 6.60 | $2,123.50 |
| p) | Regulatory Compliance | 0.00 | $0.00 |
| q) | Travel | 25.30 | $14,238.50 |
| r) | Accounting/Auditing | 0.00 | $0.00 |
| s) | Business Analysis | 0.00 | $0.00 |
| t) | Corporate Finance and Valuation | 0.00 | $0.00 |
| u) | Data Analysis | 0.00 | $0.00 |
| v) | Litigation Consulting | 2.80 | $700.00 |
| w) | Reconstruction Accounting | 0.00 | $0.00 |
| x) | Tax Issues | 0.00 | $0.00 |
| y) | Other (specify category) | 0.00 | $0.00 |
| | SERVICES TOTALS | 362.60 | $141,968.00 |

51328/0001-10097633v1

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Disbursements | | Amount |
|---|---|---|
| a) | Computer Assisted Legal Research<br>Westlaw | $288.23 |
| b) | Facsimile (with rates)<br>Rate per Page $1.00 (Max. $1.00/pg.) | $0.00 |
| c) | Long Distance Telephone | $118.74 |
| d) | In-House Reproduction<br>No. of Pages (7,607); Rate per Page $0.20 (Max. 20¢/pg.) | $1,521.40 |
| e) | Outside Reproduction | $0.00 |
| f) | Outside Research | $0.00 |
| g) | Filing/Court Fees | $0.00 |
| h) | Court Reporting | $0.00 |
| i) | Travel | $481.54 |
| j) | Courier & Express Carriers (e.g., Federal Express)<br>Federal Express    $21.98<br>Messenger Service    $201.00 | $222.98 |
| k) | Postage | $0.00 |
| l) | Other (Explain):<br>Transcript of Testimony    $189.15<br>Copy of Official Documents    $62.00<br>Lien/Litigation Work    $1,503.85<br>Luncheon/Dinner Conference    $0.00<br>Corporate Document Retrieval    $0.00<br>Overtime    $0.00 | $1,755.00 |
| DISBURSEMENTS TOTAL | | $4,387.89 |

51328/0001-10097633v1

## SECTION IV
## CASE HISTORY

(NOTE: Items (3) through (6) are not applicable to applications under 11 U.S.C. § 506)

(1) Date cases filed: November 6, 2013.

(2) Chapter under which case commenced: Chapter 11

(3) Date of retention: Order signed December 2, 2013, effective November 6, 2013 (Annex copy of order(s).) **See Exhibit A.**
If limit on number of hours or other limitations to retention, set forth: N/A

(4) Summarize in brief the benefits to the estate and attach supplements as needed:

   (A) Final preparation and review of the Debtors' petitions, matrix and service lists.

   (B) Preparation and final review of various "first day" motions aimed at stabilizing the Debtors' businesses and easing their transition into Chapter 11.

   (C) Negotiated, prepared and prosecuted a motion for entry of interim and final orders pursuant to Sections 105, 361, 362, 363, 364(c), and 364(e) of the Bankruptcy Code seeking, among other things, authorization to obtain post-petition financing consisting of a senior secured debtor in possession term loan.

   (D) Preparation of retention pleadings for the Debtors' various professionals. Addressed issues raised by the Office of the United States Trustee for the District of New Jersey (the "**UST**") to the Debtors' various retention applications.

   (E) Prepared and filed Debtors' motion for entry of: (I) an Order pursuant to Section 363 and Fed. R. Bankr. P. 2002, 6004 and 6006: (1) approving bidding procedures in connection with the sale of the Debtors' assets; (2) authorizing entry into stalking horse agreements and approving stalking horse protections; (3) approving procedures related to the assumption and assignment of certain executory contracts and unexpired leases; (4) scheduling an auction and sale approval hearing; (5) approving the form and manner of the sale notice; and (6) granting certain related relief; and (II) an Order: (1) approving the sale of substantially all of the Debtors' assets; (2) authorizing the assumption and assignment of certain executory contracts and unexpired leases; and (3) granting certain related relief.

   (F) Prepared for and attended hearings on "first day" motions and bidding procedures.

   (G) Attended formation meeting of the Official Committee of Unsecured Creditors (the "**Committee**").

5

    (H)    Prepared for and attended various conference calls with the DIP Lender and the Committee in these Chapter 11 cases.

    (I)    Prepared and filed the Debtors' Motion for an Order approving key employee incentive program.

    (J)    Expended significant time working on and finalizing the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs, as well as Global Notes related to same.

    (K)    Assisted the Debtors in addressing numerous day-to-day operational and business issues.

**INVOICES ITEMIZING SERVICES RENDERED AND OUT-OF-POCKET EXPENSES INCURRED ARE ATTACHED AS EXHIBITS "B" AND "C", RESPECTIVELY.[1]**

(5) Anticipated distribution to creditors:

    (a)    Administration expense: Unknown at this time.

    (b)    Secured creditors: Unknown at this time.

    (c)    Priority creditors: Unknown at this time.

    (d)    General unsecured creditors: Unknown at this time.

(6) Final disposition of case and percentage of dividend paid to creditors (if applicable): This is the first monthly fee application. Final dividend percentages are unknown at this time.

---

[1] Cole Schotz's invoice for services associated with the First Monthly Fee Statement has been redacted to protect attorney-client privileged communications and descriptions of attorney-created materials under work-product doctrine.