# EXHIBIT C

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:    WORKOUT                                                      Invoice No. 731641
       Client/Matter No. 51328-0001                                 December 4, 2013
                                                                            Page 36

---

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 0.90 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 2.80 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 1.40 |
| 10/10/13 | COPY OF OFFICIAL DOCUMENTS | 2.00 |
| 10/14/13 | TELEPHONE TOLL CHARGE | 39.78 |
| 10/18/13 | TELEPHONE TOLL CHARGE | 26.39 |
| 10/18/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 10/18/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/18/13 | COPY OF OFFICIAL DOCUMENTS | 1.70 |
| 10/21/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 10/21/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 10/21/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/21/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/21/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 10/21/13 | COPY OF OFFICIAL DOCUMENTS | 1.60 |
| 10/21/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/21/13 | COPY OF OFFICIAL DOCUMENTS | 2.70 |
| 10/22/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/22/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 2.30 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:    WORKOUT                                                                Invoice No. 731641
       Client/Matter No. 51328-0001                                          December 4, 2013
                                                                             Page 37

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|----------|-----------------|-----------:|
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 10/23/13 | COPY OF OFFICIAL DOCUMENTS | 1.50 |
| 10/29/13 | TELEPHONE TOLL CHARGE | 25.57 |
| 10/29/13 | LIEN / LITIGATION WORK | 356.15 |
| 10/29/13 | LIEN / LITIGATION WORK | 356.15 |
| 10/29/13 | LIEN / LITIGATION WORK | 398.65 |
| 10/31/13 | LIEN / LITIGATION WORK | 146.45 |
| 10/31/13 | LIEN / LITIGATION WORK | 246.45 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 8 | 1.60 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 35 | 7.00 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 8 | 1.60 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/05/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 4 | 0.80 |
| 11/05/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/05/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/05/13 | TELEPHONE TOLL CHARGE 13108239000 | 0.10 |
| 11/05/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/05/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/05/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/05/13 | TELEPHONE TOLL CHARGE | 0.50 |
| 11/06/13 | TRAVEL- MILEAGE/TOLLS - NICHOLAS VISLOCKY | 64.68 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:   WORKOUT
      Client/Matter No. 51328-0001

Invoice No. 731641
December 4, 2013
Page 38

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 11/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/07/13 | MESSENGER SERVICE - 911 COURIER LLC | 51.00 |
| 11/07/13 | MESSENGER SERVICE - 911 COURIER LLC | 150.00 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 839 | 167.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1257 | 251.40 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  WORKOUT                                                        Invoice No. 731641
     Client/Matter No. 51328-0001                                   December 4, 2013
                                                                    Page 39

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 185 | 37.00 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 630 | 126.00 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 232 | 46.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 30 | 6.00 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 23.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 46.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 9 | 1.80 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:    WORKOUT                                                        Invoice No. 731641
        Client/Matter No. 51328-0001                                  December 4, 2013
                                                                      Page 40

| DATE | DESCRIPTION | AMOUNT |
|------|------------|--------|
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 59.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.00 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.00 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.60 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING | 46.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 61 | 12.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 99 | 19.80 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 71 | 14.20 |
| 11/07/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 232 | 46.40 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.05 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: WORKOUT                                         Invoice No. 731641
Client/Matter No. 51328-0001                        December 4, 2013
                                                    Page 41

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 11/07/13 | TELEPHONE TOLL CHARGE | 0.40 |
| 11/08/13 | WESTLAW | 42.04 |
| 11/08/13 | TRAVEL- MILEAGE/TOLLS - NICHOLAS VISLOCKY | 140.81 |
| 11/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 11/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.40 |
| 11/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 11/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.40 |
| 11/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.55 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.70 |
| 11/08/13 | TELEPHONE TOLL CHARGE | 0.90 |
| 11/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 11/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.40 |
| 11/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.60 |
| 11/11/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.10 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:    WORKOUT
      Client/Matter No. 51328-0001

Invoice No. 731641
December 4, 2013
Page 42

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.40 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.50 |
| 11/11/13 | TELEPHONE TOLL CHARGE | 0.55 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 27 | 5.40 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 17.60 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 17.60 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 11/12/13 | TELEPHONE TOLL CHARGE | 0.40 |
| 11/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 11/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/13/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/13/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/13/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 11/13/13 | TELEPHONE TOLL CHARGE | 0.50 |
| 11/13/13 | TELEPHONE TOLL CHARGE | 0.60 |
| 11/13/13 | MESSENGER SERVICE - FEDERAL EXPRESS | 21.98 |
| 11/14/13 | WESTLAW | 9.90 |
| 11/14/13 | TRAVEL- MILEAGE/TOLLS - MICHAEL D. SIROTA | 22.50 |

Re:   WORKOUT                                          Invoice No. 731641
      Client/Matter No. 51328-0001                     December 4, 2013
                                                        Page 43

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 11/14/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 11/14/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/14/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/14/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/14/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/14/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 11/14/13 | TELEPHONE TOLL CHARGE | 0.80 |
| 11/14/13 | TRAVEL - MILEAGE / TOLLS | 110.31 |
| 11/15/13 | WESTLAW | 5.08 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 17.60 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 17.60 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 14.80 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 23 | 4.60 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 3 | 0.60 |
| 11/15/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 8 | 1.60 |
| 11/15/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/15/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/15/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/15/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/15/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/15/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/15/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/15/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/15/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/15/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/15/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/16/13 | WESTLAW | 26.28 |
| 11/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 13.80 |
| 11/18/13 | TRAVEL- MILEAGE/TOLLS - RYAN JARECK | 143.24 |
| 11/18/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 8 | 1.60 |
| 11/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 11/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 11/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 11/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re: WORKOUT
Client/Matter No. 51328-0001

Invoice No. 731641
December 4, 2013
Page 44

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/18/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 40 | 8.00 |
| 11/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 11/18/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/18/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 11/18/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 11/18/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 11/18/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 11/18/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 11/18/13 | TRANSCRIPT OF TESTIMONY - TD CARD SERVICES | 189.15 |
| 11/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 11/19/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 16 | 3.20 |
| 11/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 11/19/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/19/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/19/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/19/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/19/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/19/13 | TELEPHONE TOLL CHARGE | 0.65 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 11/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/20/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/20/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/20/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/20/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/20/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 11/20/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 11/20/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 11/21/13 | WESTLAW | 58.75 |
| 11/21/13 | WESTLAW | 146.18 |
| 11/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/21/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/21/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 4 | 0.80 |
| 11/21/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 11/21/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/21/13 | TELEPHONE TOLL CHARGE | 0.05 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:     WORKOUT                                                      Invoice No. 731641
        Client/Matter No. 51328-0001                                 December 4, 2013
                                                                     Page 45

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/21/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/21/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/21/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/21/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/21/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 11/21/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 11/21/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 11/21/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 11/21/13 | TELEPHONE TOLL CHARGE | 0.45 |
| 11/21/13 | TELEPHONE TOLL CHARGE | 0.50 |
| 11/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 11/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 11/22/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/22/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/22/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/25/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 14 | 2.80 |
| 11/25/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 11/25/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 11/25/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 11/25/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 11/25/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 11/25/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 11/26/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.80 |
| 11/26/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 11/26/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/26/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/26/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/26/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 11/26/13 | TELEPHONE TOLL CHARGE | 0.15 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  WORKOUT                                         Invoice No. 731641
     Client/Matter No. 51328-0001                    December 4, 2013
                                                     Page 46

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/26/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/26/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 11/26/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/26/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 11/26/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 11/27/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 17 | 3.40 |
| 11/27/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 17 | 3.40 |
| 11/27/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 11/29/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 11/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 6 | 1.20 |
| 11/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 3 | 0.60 |
| 11/29/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 5 | 1.00 |
| 11/29/13 | TELEPHONE TOLL CHARGE | 0.15 |

TOTAL COSTS ADVANCED:                          $    4,387.89


TOTAL SERVICES AND COSTS:                      $  146,355.89



COLE, SCHOTZ, MEISEL, FORMAN & LEONARD P.A.

**Court Plaza North**
**25 Main Street**
**P.O. Box 800**
**Hackensack, NJ 07602-0800**
**201.489.3000   201.489.1536  fax**
**FEDERAL ID# 22-2113414**
—
**New York**
—
**Delaware**
—
**Maryland**
—
**Texas**

THE ATLANTIC CITY CASINO HOTEL
BOSTON & THE BOARDWALK
ATLANTIC CITY, NJ 08401
ATTN: ERIC MATEJEVICH

# R E M I T T A N C E   P A G E

FOR PROFESSIONAL SERVICES RENDERED

Re:    **Client/Matter No. 51328-0001**                                    Invoice No. 731641
       **WORKOUT**                                                          December 4, 2013

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

TOTAL SERVICES AND COSTS:                                        $   146,355.89