UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ADVISOR FEE APPLICATION COVER SHEET

| | |
|---|---|
| IN RE: | APPLICANT: Imperial Capital, LLC |
| RIH ACQUISITIONS NJ, LLC, *et al.*,[1] | |
| CASE NO.: 13-34483 (GMB) | CLIENT: Debtor |
| CHAPTER: 11 | CASES FILED: December 13, 2013 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

*/s/ Steven Cramer*      12/23/2013
STEVEN CRAMER      Date

## SECTION I
## FEE SUMMARY

First Monthly Fee Statement Covering the Period
November 6, 2013 through November 30, 2013

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $0.00 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Monthly Advisory Fee: | $83,333.33 |
| Total Financing Fee: | $375,000.00 |
| Total Expense Reimbursement: | $407.79 |
| Total Holdback (if applicable): | N/A |
| Total Received by Applicant: | $0.00 |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: RIH Acquisitions NJ, LLC d/b/a The Atlantic Club Casino Hotel (1695) and RIH Propco NJ, LLC (5454).

51328/0001-10097633v1

2

| Name of Professional | Title | Hours |
|---|---|---|
| Steven Cramer | Managing Director | 79.0 |
| Scott Farnsworth | Senior Vice President | 78.0 |
| Justin Byrne | Associate | 88.0 |
| Yan Zhang | Analyst | 41.0 |
| **Total** | | **286.0** |

Per Engagement Letter dated May 3, 2013;
Monthly Advisory Fee: $83,333.33
Financing Fee (2.5% of Debt Arranged): $375,000.00
Expense Reimbursement: $407.79
Total Fee Application: $458,741.12

# SECTION II
# SUMMARY OF SERVICES

| | Services Rendered | Hours |
|---|---|---|
| A | Asset Analysis and Recovery | 18.0 |
| B | Asset/Business Disposition | 133.5 |
| C | Business Operations | - |
| D | Case Administration | 1.5 |
| E | Claims Administration and Objections | - |
| F | Due Diligence | 9.0 |
| G | Employee Benefits/Pensions | 20.0 |
| H | Fee/Employment Applications | 3.5 |
| I | Fee/Employment Objections | - |
| J | Financing | 60.5 |
| K | Litigation (Other than Avoidance Action Litigation) | - |
| L | Avoidance Action Litigation | - |
| M | Meetings of Creditors | - |
| N | Plan and Disclosure Statement | - |
| O | Relief from Stay Proceedings | - |
| P | Regulatory Compliance | - |
| Q | Travel | 15.0 |
| R | Accounting/Auditing | - |
| S | Business Analysis | 12.0 |
| T | Corporate Finance and Valuation | 13.0 |
| U | Data Analysis | - |
| V | Litigation Consulting | - |
| W | Reconstruction Accounting | - |
| X | Tax Issues | - |
| Y | Other (specify category) | - |
| | **Total** | **286.0** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| Disbursements | | Amount |
|---|---|---|
| a) Computer Assisted Legal Research | | $0.00 |
| b) Facsimile (with rates) Rate per Page $1.00 (Max. $1.00/pg.) | | $0.00 |
| c) Long Distance Telephone | | $0.00 |
| d) In-House Reproduction | | $0.00 |
| e) Outside Reproduction | | $0.00 |
| f) Outside Research | | $0.00 |
| g) Filing/Court Fees | | $0.00 |
| h) Court Reporting | | $0.00 |
| i) Travel | | $347.58 |
| j) Courier & Express Carriers (e.g., Federal Express) Federal Express | $21.45 | $21.45 |
| k) Postage | | $0.00 |
| l) Other (Explain): | | |
| Transcript of Testimony | $0.00 | |
| Copy of Official Documents | $0.00 | |
| Lien/Litigation Work | $0.00 | |
| Luncheon/Dinner Conference | $38.76 | |
| Corporate Document Retrieval | $0.00 | |
| Overtime | $0.00 | $38.76 |
| DISBURSEMENTS TOTAL | | $407.79 |

**SECTION IV**
**CASE HISTORY**

(NOTE: Items (3) through (6) are not applicable to applications under 11 U.S.C. § 506)

(1)   Date cases filed: November 6, 2013.

(2)   Chapter under which case commenced: Chapter 11

(3)   Date of retention: Order signed December 2, 2013, effective November 6, 2013 (Annex copy of order(s).) **See Exhibit A.**
      If limit on number of hours or other limitations to retention, set forth: N/A

(4)   Summarize in brief the benefits to the estate and attach supplements as needed:

   (a)   Preparing marketing materials (including confidential information memo and "teaser" information), to be used by potential buyers in their analysis of operations and value

   (b)   Contacting and negotiating with potential buyers in connection with the sale of the Debtors' assets. Imperial Capital has spent substantial amounts of time and resources to canvas potential strategic and financial buyers to effectively market the Debtors' assets

   (c)   Attending meetings (both telephonically and in-person) between prospective buyers and the Debtors' management team

   (d)   Participating on general update calls between the Debtors, Committee and various advisor groups, to provide updates on the marketing and financing processes to the board of directors and the Debtor

   (e)   Performing ongoing due diligence of the Debtors, including review of information to be disseminated to creditors and prospective buyers

   (f)   Preparation and review of data room information for prospective buyers

   (g)   Preparing final Debtor-in-Possession budget and negotiating final terms with the Debtor-in-Possession lender

   (h)   Preparation and analysis of weekly cash flow reports for the Committee and DIP Lender, which show compliance with all covenants of the Debtor-in-Possession Financing and outline each week's ending cash position

   (i)   Monitoring daily cash flows

   (j)   Conducting status update calls with the DIP Lender

   (k)   Daily review of documents uploaded to the docket

5

  (l)  Attending and preparing for the Debtor-in-Possession hearing and Key Employee Incentive Plan objection hearing

**INVOICES ITEMIZING SERVICES RENDERED AND OUT-OF-POCKET EXPENSES INCURRED ARE ATTACHED AS EXHIBITS "B" AND "C", RESPECTIVELY.**

(5) Anticipated distribution to creditors:

  (a)  Administration expense: Unknown at this time.

  (b)  Secured creditors: Unknown at this time.

  (c)  Priority creditors: Unknown at this time.

  (d)  General unsecured creditors: Unknown at this time.

(6) Final disposition of case and percentage of dividend paid to creditors (if applicable): This is the first monthly fee application.  Final dividend percentages are unknown at this time.

# EXHIBIT A

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602-0800<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Ryan T. Jareck, Esq.<br>Nicholas B. Vislocky, Esq.<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Proposed attorneys for RIH Acquisitions NJ, LLC, *et al.*,<br>Debtors-in-Possession |

Order Filed on 12/2/2013 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| In re:<br><br>RIH ACQUISITIONS NJ, LLC, *et al.*,[1]<br><br>Debtors-in-Possession. | Case No. 13-34483 (GMB)<br>Judge:  Hon. Gloria M. Burns<br>Chapter 11<br>(Jointly Administered) |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF IMPERIAL CAPITAL, LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS *NUNC PRO TUNC* TO THE FILING DATE AND MODIFYING TIMEKEEPING REQUIREMENTS SET FORTH IN LOCAL RULE 2016-1, <u>TO THE EXTENT APPLICABLE</u>**

The relief set forth on the following pages, numbered two (2) through five (5), is hereby **ORDERED**.

**DATED: 12/2/2013**

Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal identification number are:  RIH Acquisitions NJ, LLC d/b/a The Atlantic Club Casino Hotel (1695) and RIH Propco NJ, LLC (5454).

51328/0001-8927231v3

(Page 2)
Debtors:          RIH ACQUISITIONS NJ, LLC, *et al.*
Case No.:         13-34483 (GMB)
Caption of Order: ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
                  IMPERIAL CAPITAL, LLC AS FINANCIAL ADVISOR AND
                  INVESTMENT BANKER TO DEBTORS *NUNC PRO TUNC* TO THE
                  FILING DATE, AND MODIFYING TIMEKEEPING REQUIREMENTS
                  SET FORTH IN LOCAL RULE 2016-1, TO THE EXTENT
                  APPLICABLE

THIS MATTER having been opened to the Court by RIH Acquisitions NJ, LLC d/b/a The Atlantic Club Casino Hotel and RIH Propco NJ, LLC (the "**Debtors**") upon an Application (the "**Application**")[2] for entry of an Order approving the Debtors' retention of Imperial Capital, LLC ("**Imperial**") as their financial advisor and investment banker in these proceeding pursuant to 11 U.S.C. §§ 327(a) and 328(a), *nunc pro tunc* to November 6, 2013 (the "**Filing Date**"); and the Court having considered the Application and the Affidavit of Steven Cramer, Managing Director of Imperial (the "**Cramer Declaration**"), in support thereof; and the Court being satisfied that Imperial does not hold or represent any interest adverse to the Debtors, their estates or creditors, and is a disinterested person within the meaning of Sections 327 and 101(14) of the Bankruptcy Code, and that said employment would be in the best interest of the estates; and notice of the proposed retention having been given in accordance with the requirements of D.N.J. LBR 2014-1(a), as evidenced by the Certificate of Compliance with D.N.J. LBR 2014 1(a); and for other good cause shown,

---

[2] All capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Application.

(Page 3)
Debtors: RIH ACQUISITIONS NJ, LLC, *et al.*
Case No.: 13-34483 (GMB)
Caption of Order: ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF IMPERIAL CAPITAL, LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO DEBTORS *NUNC PRO TUNC* TO THE FILING DATE, AND MODIFYING TIMEKEEPING REQUIREMENTS SET FORTH IN LOCAL RULE 2016-1, TO THE EXTENT APPLICABLE

---

IT IS ORDERED as follows:

1.      In accordance with Sections 327(a) and 328(a) of the Bankruptcy Code, the Debtors are authorized to employ and retain Imperial as their financial advisor and investment banker on the terms set forth in the Engagement Letter, and to pay fees to Imperial on the terms and at the times specified in the Engagement Letter *nunc pro tunc* to the Filing Date.

2.      The terms of the Engagement Letter are "reasonable" as such term is used in Section 328(a) of the Bankruptcy Code and Imperial shall be compensated in accordance with the terms of the Engagement Letter, subject to paragraph 3 hereof, in the amounts, at the times and in the manner set forth in the Engagement Letter.

3.      Imperial will file fee applications for allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in Sections 330 and 331 of the Bankruptcy Code; provided, however, the fee applications filed by Imperial shall be subject to review only pursuant to the standard of review set forth in section 328(a) of the Bankruptcy Code and not subject to the standard of review set forth in section 330 of the Bankruptcy Code.

4.      Notwithstanding the preceding paragraph of this Order and any provision to the contrary in the Application or the Engagement Letter, the United States Trustee shall have the right to object to Imperial's request(s) for interim and final compensation and reimbursement based on the reasonableness standard provided in Section 330 of the Bankruptcy Code.

51328/0001-8927231v3

*Approved by Judge Gloria M. Burns December 02, 2013*

(Page 4)
Debtors: RIH ACQUISITIONS NJ, LLC, *et al.*
Case No.: 13-34483 (GMB)
Caption of Order: ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF IMPERIAL CAPITAL, LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO DEBTORS *NUNC PRO TUNC* TO THE FILING DATE, AND MODIFYING TIMEKEEPING REQUIREMENTS SET FORTH IN LOCAL RULE 2016-1, TO THE EXTENT APPLICABLE

---

5. Imperial is entitled to reimbursement by the Debtors for reasonable expenses incurred in these Chapter 11 cases subject to the terms and conditions set forth in the Engagement Letter.

6. The requirements under Local Rule 2016-1 are hereby modified, to the extent applicable, such that Imperial is excused from compliance with such requirements and is required to maintain time records in half-hour (0.5) increments setting forth, in a summary format, a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Debtors.

7. The indemnification provisions in the Engagement Agreement ("**Indemnification Agreement**") are approved, subject during the pendency of these Chapter 11 cases to the following:

   (a) Imperial shall not be entitled to indemnification, contribution or reimbursement pursuant to the Engagement Letter for services, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court.

   (b) Notwithstanding any provision of the Engagement Letter to the contrary, the Debtors shall have no obligation to indemnify Imperial, or provide contribution or reimbursement to Imperial, for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen from Imperial's gross negligence or willful misconduct, (ii) for a contractual dispute in which the Debtors allege the breach of Imperial's contractual obligations unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to Imperial's gross negligence or willful misconduct, but determined by this Court, after

4

(Page 5)
Debtors: RIH ACQUISITIONS NJ, LLC, *et al.*
Case No.: 13-34483 (GMB)
Caption of Order: ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF IMPERIAL CAPITAL, LLC AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO DEBTORS *NUNC PRO TUNC* TO THE FILING DATE, AND MODIFYING TIMEKEEPING REQUIREMENTS SET FORTH IN LOCAL RULE 2016-1, TO THE EXTENT APPLICABLE

---

notice and a hearing, to be a claim or expense for which Imperial should not receive indemnity, contribution or reimbursement under the terms of the Engagement Letter, as modified by this Order;

(c) If, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, Imperial believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under the Engagement Letter (as modified by this Order), including without limitation the advancement of defense costs, Imperial must file an application therefore in this Court, and the Debtors may not pay any such amounts to Imperial before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by Imperial for indemnification, contribution or reimbursement and not a provision limiting the duration of the Debtors' obligation to indemnify Imperial; and

(d) Any limitation on liability or any amounts to be contributed by the parties to the Engagement letter under the terms of the Engagement Letter shall be eliminated during the pendency of these chapter 11 cases.

8. This is a final Order pursuant to 28 U.S.C. § 158 and that notwithstanding the possible applicability of Rules 6004(h), 7062, 9014 of the Federal Rules of Bankruptcy Procedure or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

5

51328/0001-8927231v3

*Approved by Judge Gloria M. Burns December 02, 2013*

# EXHIBIT B

**HOURLY DETAIL BY PROFESSIONAL**

**APPLICATION PERIOD (NOVEMBER 6, 2013 – NOVEMBER 30, 2013)**

| Name of Professional | Title | Hours |
|---|---|---:|
| Steven Cramer | Managing Director | 79.0 |
| Scott Farnsworth | Senior Vice President | 78.0 |
| Justin Byrne | Associate | 88.0 |
| Yan Zhang | Analyst | 41.0 |
| **Total** | | **286.0** |

**RIH Acquisitions NJ, LLC**
Hours Expended by Steven Cramer ("SC")

| Date | | Professional | Hours | Description |
|---|---|---|---|---|
| 11/06/13 | Wed | S. Cramer | 0.5 | Review and revise board presentation |
| 11/06/13 | Wed | S. Cramer | 1.5 | Calls/discussions with potential buyers |
| 11/06/13 | Wed | S. Cramer | 2.0 | Review DIP budget; related calls with lender and client; discussions with team |
| 11/06/13 | Wed | S. Cramer | 1.5 | Review DIP documentation - review drafts; calls with lender, client and counsel |
| 11/06/13 | Wed | S. Cramer | 1.0 | Review collateral analysis, schedules and budgets |
| 11/07/13 | Thu | S. Cramer | 2.0 | Calls/discussions with potential buyers |
| 11/07/13 | Thu | S. Cramer | 1.5 | Review presentation from KEIP consultant/call w/KEIP consultant and Debtor |
| 11/07/13 | Thu | S. Cramer | 1.0 | Review/modify application for employment and affidavit and conflicts check |
| 11/07/13 | Thu | S. Cramer | 1.0 | Review/revise bid process letter |
| 11/07/13 | Thu | S. Cramer | 0.5 | Update calls w/ Debtor |
| 11/08/13 | Fri | S. Cramer | 0.5 | Review DIP collateral analysis |
| 11/08/13 | Fri | S. Cramer | 1.0 | Review and comment on RIH marketing deck |
| 11/08/13 | Fri | S. Cramer | 1.0 | Calls/discussions with potential buyers |
| 11/08/13 | Fri | S. Cramer | 1.5 | Review bidding procedure/discussions with client |
| 11/08/13 | Fri | S. Cramer | 0.5 | Update calls w/ Debtor |
| 11/10/13 | Sun | S. Cramer | 1.0 | Review draft APA/process letter/send to potential buyers |
| 11/11/13 | Mon | S. Cramer | 2.0 | Calls/discussions with potential buyers |
| 11/11/13 | Mon | S. Cramer | 1.0 | Review client comments to marketing deck/revise |
| 11/11/13 | Mon | S. Cramer | 0.5 | Review revise conflicts check and affidavit for employment |
| 11/11/13 | Mon | S. Cramer | 1.0 | Review/discuss with counsel regulatory comments to bidding procedures |
| 11/11/13 | Mon | S. Cramer | 1.0 | Update calls w/ Debtor |
| 11/12/13 | Tue | S. Cramer | 1.0 | Review draft of bidding procedures |
| 11/12/13 | Tue | S. Cramer | 0.5 | Review list of parties to send bid procedures |
| 11/12/13 | Tue | S. Cramer | 1.5 | Calls/discussions with potential buyers |
| 11/12/13 | Tue | S. Cramer | 1.5 | Review/calls on draft KEIP report |
| 11/12/13 | Tue | S. Cramer | 0.5 | Update calls w/ Debtor |
| 11/13/13 | Wed | S. Cramer | 1.0 | Review/calls on draft KEIP report |
| 11/13/13 | Wed | S. Cramer | 1.0 | Review October monthly financials |
| 11/13/13 | Wed | S. Cramer | 1.0 | Calls/discussions with potential buyers |
| 11/13/13 | Wed | S. Cramer | 0.5 | Update calls w/ Debtor |
| 11/14/13 | Thu | S. Cramer | 1.0 | Review KEIP report/calls /discussion with team |
| 11/14/13 | Thu | S. Cramer | 1.5 | Calls/discussions with potential buyers |
| 11/14/13 | Thu | S. Cramer | 0.5 | Update calls w/ Debtor |
| 11/15/13 | Fri | S. Cramer | 2.0 | Calls/discussions with potential buyers |
| 11/15/13 | Fri | S. Cramer | 0.5 | Discussions w/sponsor on KEIP |
| 11/15/13 | Fri | S. Cramer | 1.5 | Call w/creditors committee |
| 11/15/13 | Fri | S. Cramer | 1.0 | Review/comment on process summary |
| 11/15/13 | Fri | S. Cramer | 0.5 | Update calls w/ Debtor |
| 11/15/13 | Fri | S. Cramer | 0.5 | Status call with S. Farnsworth |
| 11/15/13 | Fri | S. Cramer | 0.5 | Time-keeping |
| 11/17/13 | Sun | S. Cramer | 1.5 | Call w/PWC/Klehr and follow up review |
| 11/17/13 | Sun | S. Cramer | 1.0 | Review draft forecast model from company |
| 11/17/13 | Sun | S. Cramer | 0.5 | Review email correspondence re: bid procedures and potential buyers |
| 11/18/13 | Mon | S. Cramer | 1.0 | Call with PWC (Committee Advisor) and internal followup |
| 11/18/13 | Mon | S. Cramer | 2.0 | Calls/discussions with potential buyers |
| 11/18/13 | Mon | S. Cramer | 0.5 | Review and comment on latest draft of RIH marketing deck |
| 11/18/13 | Mon | S. Cramer | 1.0 | Review draft of weekly compliance reporting/discuss internally and with client |
| 11/18/13 | Mon | S. Cramer | 0.5 | Review latest draft of KIP |
| 11/18/13 | Mon | S. Cramer | 0.5 | Update calls w/ Debtor |
| 11/19/13 | Tuesday | S. Cramer | 1.0 | Review latest draft of KEIP, motion and declarations |
| 11/19/13 | Tuesday | S. Cramer | 1.0 | Review materials to be sent to PWC pursuant to information request |
| 11/19/13 | Tuesday | S. Cramer | 0.5 | Review latest draft of forecast from the company |
| 11/19/13 | Tuesday | S. Cramer | 0.5 | Conference call w/Mercer/Cole on KEIP |
| 11/19/13 | Tuesday | S. Cramer | 0.5 | Review and comment on latest draft of RIH marketing deck |
| 11/19/13 | Tuesday | S. Cramer | 1.0 | Calls/discussions with potential buyers |
| 11/19/13 | Tuesday | S. Cramer | 0.5 | Update calls w/ Debtor |
| 11/19/13 | Tuesday | S. Cramer | 1.0 | Call with S. Farnsworth & J. Byrne to discuss sale process and review of initial bid |
| 11/20/13 | Wednesday | S. Cramer | 1.0 | Calls/discussions with potential buyers |
| 11/20/13 | Wednesday | S. Cramer | 1.5 | Review latest draft of KEIP, motion and declarations; review data in support of SF declaration |
| 11/20/13 | Wednesday | S. Cramer | 1.0 | Call w/PWC re: review of 13 week and long range forecast |
| 11/20/13 | Wednesday | S. Cramer | 0.5 | Review draft of weekly DIP compliance report |
| 11/20/13 | Wednesday | S. Cramer | 0.5 | Update calls w/ Debtor |
| 11/21/13 | Thursday | S. Cramer | 1.5 | Review, discuss internally and provide response to UST comments to IC retention order |
| 11/21/13 | Thursday | S. Cramer | 0.5 | Review revised reporting format for DIP budget compliance |
| 11/21/13 | Thursday | S. Cramer | 1.0 | Calls/discussions with potential buyers |
| 11/21/13 | Thursday | S. Cramer | 0.5 | Update calls w/ Debtor |
| 11/22/13 | Friday | S. Cramer | 0.5 | Review UCC proposal on changes to DIP terms; discuss internally |
| 11/22/13 | Friday | S. Cramer | 1.0 | Calls/discussions with potential buyers |
| 11/22/13 | Friday | S. Cramer | 0.5 | Update calls w/ Debtor |
| 11/22/13 | Friday | S. Cramer | 1.0 | Review proposal from potential buyer/conference call with buyer |
| 11/22/13 | Friday | S. Cramer | 0.5 | Time-keeping |
| 11/25/13 | Monday | S. Cramer | 1.0 | Call w/Debtor and counsel to discuss preparation of wind down budget |
| 11/25/13 | Monday | S. Cramer | 0.5 | Internal discussions re: preparation of wind down budget |
| 11/25/13 | Monday | S. Cramer | 1.5 | Calls/discussions with potential buyers |
| 11/25/13 | Monday | S. Cramer | 0.5 | Update call w/sponsor |
| 11/25/13 | Monday | S. Cramer | 0.5 | Update calls w/ Debtor |

**RIH Acquisitions NJ, LLC**
Hours Expended by Steven Cramer ("SC")

| Date | | Professional | Hours | Description |
|---|---|---|---|---|
| 11/26/13 | Tuesday | S. Cramer | 1.0 | Review indication from potential buyer/call with buyer's counsel to discuss |
| 11/26/13 | Tuesday | S. Cramer | 0.5 | Calls/discussions with potential buyers |
| 11/26/13 | Tuesday | S. Cramer | 0.5 | Update calls w/ Debtor |
| 11/26/13 | Tuesday | S. Cramer | 0.5 | Review KEIP discovery request from UCC |
| 11/27/13 | Wednesday | S. Cramer | 1.0 | Call w/UCC and internal follow-up re: buyer update, DIP, KEIP, information requests |
| 11/27/13 | Wednesday | S. Cramer | 0.5 | Review draft of wind-down budget |
| 11/27/13 | Wednesday | S. Cramer | 0.5 | Discussions w/team re: preparation of KEIP document request by UCC |
| 11/27/13 | Wednesday | S. Cramer | 0.5 | Calls/discussions with potential buyers |
| 11/27/13 | Wednesday | S. Cramer | 0.5 | Update call w/sponsor |
| 11/28/13 | Thursday | S. Cramer | 0.5 | Review emails re: KEIP document request |
| 11/29/13 | Friday | S. Cramer | 1.0 | Review draft APA submitted by potential buyer |
| 11/29/13 | Friday | S. Cramer | 1.0 | Internal status call |
| 11/29/13 | Friday | S. Cramer | 0.5 | Review materials prepared for KEIP document request |
| 11/29/13 | Friday | S. Cramer | 0.5 | Time-keeping |
| **Total** | | | **80.5** | |

**RIH Acquisitions NJ, LLC**
Hours Expended by Scott Farnsworth ("SF")

| Date | | Professional | Hours | Description |
|---|---|---|---|---|
| 11/06/13 | Wed | S. Farnsworth | 6.0 | DIP documentation - review series of drafts; follow up on open items for schedules; calls with lender, client and counsel; finalize declaration in support of DIP; discussions on carveouts |
| 11/06/13 | Wed | S. Farnsworth | 3.0 | Finalize DIP budget; related calls with lender and client; discussions with team; review of underlying budget assumptions; comparisons to prior budgets; revisions to draw schedules and re-forecasting |
| 11/06/13 | Wed | S. Farnsworth | 3.5 | Collateral analysis, including schedules of unpaid taxes; discussions with team and client re: same; modifications to draw schedules and budgets |
| 11/06/13 | Wed | S. Farnsworth | 1.0 | Presentation materials for Board of Directors |
| 11/07/13 | Thu | S. Farnsworth | 1.0 | Communication re: bid procedures and proposed stalking horse bidder protections |
| 11/07/13 | Thu | S. Farnsworth | 2.0 | Review draft APA and discuss with team; discuss adjustments for acquisition of seller cash, including cage cash; review S. Cramer affidavit and provide comments; discussions on sale process with team |
| 11/07/13 | Thu | S. Farnsworth | 6.0 | Travel from LA to NJ for interim DIP hearing; review credit agreement and court filings; discuss collateral analysis with Y. Zhang |
| 11/08/13 | Fri | S. Farnsworth | 3.0 | DIP hearing and preparation for same |
| 11/08/13 | Fri | S. Farnsworth | 1.0 | Coordinating first draw; calls with lender re: same |
| 11/08/13 | Fri | S. Farnsworth | 2.0 | Analysis of DIP lender collateral position; discussions with team on draft analyses |
| 11/08/13 | Fri | S. Farnsworth | 3.0 | Travel from NJ to LA |
| 11/11/13 | Mon | S. Farnsworth | 1.5 | Discussion with lender and client on draw schedule, interest reserve account, etc. |
| 11/11/13 | Mon | S. Farnsworth | 3.0 | Refine analysis on year-over-year change on collateral pool; discussions with lender re: same; negotiations on adjusting draw schedule; analysis of tax liabilities by parcel for DIP lender |
| 11/11/13 | Mon | S. Farnsworth | 2.0 | Call re employee incentive plan and sale process; review and comment on affidavit in support of sale procedures; discussion on timeline for selecting stalking horse bid |
| 11/11/13 | Mon | S. Farnsworth | 0.5 | Communication with prospective buyers |
| 11/11/13 | Mon | S. Farnsworth | 1.5 | Retention issues including conflicts review and review of affidavit in support of app to employ |
| 11/12/13 | Tue | S. Farnsworth | 1.0 | Calls re: lender consent rights on changes to bid procedures; discussions with counsel and lender re: same |
| 11/12/13 | Tue | S. Farnsworth | 0.5 | Negotiations on draw schedule with DIP lender; discussions with client and team re: same |
| 11/12/13 | Tue | S. Farnsworth | 0.5 | Calls with prospective buyers |
| 11/13/13 | Wed | S. Farnsworth | 1.0 | Call re: KEIP; discussions with team and counsel re: same; review of consultant reports |
| 11/13/13 | Wed | S. Farnsworth | 1.0 | Discussion on team re: status of buyer discussions; review of tracking log |
| 11/13/13 | Wed | S. Farnsworth | 0.5 | Communication with prospective buyers |
| 11/14/13 | Thu | S. Farnsworth | 1.5 | KEIP discussions; review of related materials |
| 11/14/13 | Thu | S. Farnsworth | 1.0 | Updated DIP budget; revisions to DIP draws and pricing; review daily reporting and discuss with Debtor |
| 11/14/13 | Thu | S. Farnsworth | 0.5 | Discussions with Debtors on bid procedures, hurdle price |
| 11/14/13 | Thu | S. Farnsworth | 0.5 | Timekeeping |
| 11/15/13 | Fri | S. Farnsworth | 1.0 | Calls with prospective buyers re: potential stalking horse bid; site visits |
| 11/15/13 | Fri | S. Farnsworth | 0.5 | Status call with S. Cramer |
| 11/15/13 | Fri | S. Farnsworth | 1.0 | Call with Committee; prep for same |
| 11/17/13 | Sun | S. Farnsworth | 0.5 | Call with Committee Advisor (PWC) |
| 11/18/13 | Mon | S. Farnsworth | 2.0 | Review week 1 and 2 actuals; modify weekly DIP budget; discuss with DIP Lender; communications with counsel and client re: same; communications on same with Committee Advisor (PWC) |
| 11/18/13 | Mon | S. Farnsworth | 0.5 | Discuss cash forecasting with Debtor; review related documents and analysis |
| 11/18/13 | Mon | S. Farnsworth | 1.0 | Call with PWC re: weekly cash flow forecast; call with DIP lender |
| 11/18/13 | Mon | S. Farnsworth | 1.0 | Calls with prospective buyers; review of working DIP model; internal review of same |
| 11/19/13 | Tue | S. Farnsworth | 0.5 | Declaration in support of KEIP; communications with prospective buyers; discussion with team on same |
| 11/19/13 | Tue | S. Farnsworth | 1.0 | Calls with counsel re: KEIP, sale process and DIP amendment |
| 11/19/13 | Tue | S. Farnsworth | 1.0 | Call with J. Byrne and S. Cramer re: bids and sale process and review of initial proposal |
| 11/20/13 | Wed | S. Farnsworth | 0.5 | Finalize KEIP declaration |
| 11/20/13 | Wed | S. Farnsworth | 1.0 | Review daily reporting; review A/R analysis |
| 11/20/13 | Wed | S. Farnsworth | 2.0 | Weekly DIP reporting; review actual activity and discuss with client; follow up on site visits and discuss sale process with Debtor |
| 11/20/13 | Wed | S. Farnsworth | 1.0 | Review historical NJ gaming statistics; modify declaration accordingly |
| 11/20/13 | Wed | S. Farnsworth | 1.0 | Call with PWC and Imperial team; review related analysis |
| 11/21/13 | Thu | S. Farnsworth | 1.5 | Retention issues |
| 11/21/13 | Thu | S. Farnsworth | 0.5 | Review modified weekly reporting template |
| 11/21/13 | Thu | S. Farnsworth | 1.0 | Call with Colony re: sale and auction process; communicate with prospective buyers |
| 11/21/13 | Thu | S. Farnsworth | 0.5 | Review DIP reporting |
| 11/21/13 | Thu | S. Farnsworth | 0.5 | Review KEIP filings; discuss logistics for final DIP hearing and potential KEIP hearing |
| 11/21/13 | Thu | S. Farnsworth | 0.5 | Call with DIP lender on variance analysis and reporting |
| 11/22/13 | Fri | S. Farnsworth | 1.0 | Discussions with buyers |
| 11/22/13 | Fri | S. Farnsworth | 0.5 | Review bidder background and discuss with team; discussion on UCC info request and coordinate response |
| 11/22/13 | Fri | S. Farnsworth | 1.0 | Discussions with DIP lender on DIP lender / UCC discussions re: collateral pool and carveouts; review related collateral pool analysis and A/R detail |
| 11/22/13 | Fri | S. Farnsworth | 0.5 | Review buyer activity and discuss internally |

**RIH Acquisitions NJ, LLC**
Hours Expended by Scott Farnsworth ("SF")

| Date | | Professional | Hours | Description |
|---|---|---|---|---|
| 11/25/13 | Mon | S. Farnsworth | 0.5 | Discussion on DIP reporting template; modifications to same |
| 11/25/13 | Mon | S. Farnsworth | 1.0 | Discussions with Debtor and counsel re: personal liability issues for company execs / analysis of trust liabilities; review recent industry analyst reports |
| 11/26/13 | Tue | S. Farnsworth | 0.5 | Review stalking horse bid proposal and discuss with Debtor |
| 11/26/13 | Tue | S. Farnsworth | 0.5 | Buyer discussions |
| 11/26/13 | Tue | S. Farnsworth | 0.5 | Review discovery request on KEIP and discuss with team; discussions with internal counsel |
| 11/27/13 | Wed | S. Farnsworth | 0.5 | Call re: DIP with UCC and counsel; prep for same |
| 11/27/13 | Wed | S. Farnsworth | 0.5 | Review DIP reporting |
| 11/27/13 | Wed | S. Farnsworth | 1.0 | Coordinate on document production request and discuss with counsel |
| 11/29/13 | Fri | S. Farnsworth | 1.0 | DIP reporting, review of related documents and analysis; discussion with team and client |
| 11/29/13 | Fri | S. Farnsworth | 0.5 | Internal status call |
| 11/30/13 | Sat | S. Farnsworth | 0.5 | Communication with Debtor re: stalking horse proposal |
| **Total** | | | **78.0** | |

Case 13-34483-GMB    Doc 220    Filed 12/26/13    Entered 12/26/13 11:55:58    Desc Main
Document      Page 17 of 20

**RIH Acquisitions NJ, LLC**
Hours Expended by Justin Byrne ("JB")

| Date | | Professional | Hours | Description |
|---|---|---|---|---|
| 11/06/13 | Wed | J. Byrne | 1.5 | Prepared DIP Summary presentation for Debtor to present to board |
| 11/06/13 | Wed | J. Byrne | 2.0 | Finalize DIP budget; related calls with DIP Lender and Debtor; review of underlying budget assumptions |
| 11/06/13 | Wed | J. Byrne | 2.5 | Collateral analysis (including schedules of unpaid taxes), modifications to draw schedules and budgets |
| 11/06/13 | Wed | J. Byrne | 1.0 | Finalize confidential information memorandum for sale process |
| 11/11/13 | Mon | J. Byrne | 2.5 | Discussion with DIP Lender and Debtor on draw schedule, interest reserve account, etc. |
| 11/11/13 | Mon | J. Byrne | 0.5 | Finalize bid procedure letter |
| 11/11/13 | Mon | J. Byrne | 3.5 | Initial calls / discussion with potential buyers, NDA negotiations, distribution of materials |
| 11/11/13 | Mon | J. Byrne | 1.0 | Prepare a revised analysis of the tax liens to understand full balance |
| 11/12/13 | Tue | J. Byrne | 4.5 | Initial calls / discussion with potential buyers, NDA negotiations, distribution of materials |
| 11/12/13 | Tue | J. Byrne | 1.5 | Updates to the confidential information memo with October 2013 financials |
| 11/13/13 | Wed | J. Byrne | 4.5 | Initial calls / discussion with potential buyers, NDA negotiations, distribution of materials |
| 11/14/13 | Thu | J. Byrne | 1.0 | Revisions to DIP budget and discussions with DIP Lender |
| 11/14/13 | Thu | J. Byrne | 1.5 | Initial calls / discussion with potential buyers, NDA negotiations, distribution of materials |
| 11/14/13 | Thu | J. Byrne | 2.0 | Followup diligence calls with potential buyers |
| 11/15/13 | Fri | J. Byrne | 0.5 | Call with committee counsel |
| 11/15/13 | Fri | J. Byrne | 1.5 | Followup diligence calls with potential buyers |
| 11/15/13 | Fri | J. Byrne | 1.0 | Prepare & analyze weekly cash report |
| 11/15/13 | Fri | J. Byrne | 1.5 | Initial calls / discussion with potential buyers, NDA negotiations, distribution of materials |
| 11/17/13 | Sun | J. Byrne | 1.0 | Communication with potential buyers (NDA processing, preliminary answers to questions) |
| 11/17/13 | Sun | J. Byrne | 1.5 | Review company projection model |
| 11/18/13 | Mon | J. Byrne | 1.0 | Call with PWC (Committee Advisor) and internal followup |
| 11/18/13 | Mon | J. Byrne | 1.0 | Finalize and send weekly cash report |
| 11/18/13 | Mon | J. Byrne | 1.5 | Prepare cash budget to send to Committee |
| 11/18/13 | Mon | J. Byrne | 1.5 | Initial calls / discussion with potential buyers, NDA negotiations, distribution of materials |
| 11/19/13 | Tue | J. Byrne | 1.0 | Finalize cash forecast and send to committee |
| 11/19/13 | Tue | J. Byrne | 1.5 | Revise confidential information memo with updated information and confirm all numbers |
| 11/19/13 | Tue | J. Byrne | 1.0 | Review and adjust the sale process update presentation |
| 11/19/13 | Tue | J. Byrne | 1.0 | Call with S. Farnsworth and S. Cramer re: bids and sale process and review of initial proposal |
| 11/19/13 | Tue | J. Byrne | 1.0 | Initial calls / discussion with potential buyers, NDA negotiations, distribution of materials |
| 11/20/13 | Wed | J. Byrne | 3.0 | Travel from NYC to Atlantic City |
| 11/20/13 | Wed | J. Byrne | 3.0 | Travel from Atlantic City to NYC |
| 11/20/13 | Wed | J. Byrne | 1.5 | Participate in site tour |
| 11/20/13 | Wed | J. Byrne | 1.5 | Discussions with potential buyers, NDA negotiations, distribution of materials, diligence questions |
| 11/20/13 | Wed | J. Byrne | 1.0 | Call with Committee |
| 11/20/13 | Wed | J. Byrne | 1.0 | Meetings with management and discussions with potential buyer |
| 11/21/13 | Thu | J. Byrne | 2.0 | Discussions with potential buyers, NDA negotiations, distribution of materials, diligence questions |
| 11/21/13 | Thu | J. Byrne | 1.5 | Prepared reconciliation analysis for Committee |
| 11/21/13 | Thu | J. Byrne | 0.5 | Review and modified weekly reporting template |
| 11/21/13 | Thu | J. Byrne | 0.5 | Prepare key employee and compensation report for potential buyer |
| 11/21/13 | Thu | J. Byrne | 2.5 | Prepare new package for weekly cash reporting for Northlight |
| 11/21/13 | Thu | J. Byrne | 1.0 | Prepare weekly cash report |
| 11/22/13 | Fri | J. Byrne | 4.5 | Discussions with potential buyers, NDA negotiations, distribution of materials, diligence questions |
| 11/22/13 | Fri | J. Byrne | 0.5 | Discuss consolidating financial statements analysis for Committee with the Debtor and internally |
| 11/25/13 | Mon | J. Byrne | 2.5 | Discussions with potential buyers, NDA negotiations, distribution of materials, diligence questions |
| 11/25/13 | Mon | J. Byrne | 1.5 | Go through daily operating report to break down trust liabilities and begin to lay out wind-down budget |
| 11/25/13 | Mon | J. Byrne | 1.0 | Revisions to analysis, based on advice from counsel |
| 11/26/13 | Tue | J. Byrne | 3.5 | Discussions with potential buyers, NDA negotiations, distribution of materials, diligence questions |
| 11/27/13 | Wed | J. Byrne | 2.0 | Finalize and circulate wind-down budget |
| 11/27/13 | Wed | J. Byrne | 1.0 | Work with compliance to make sure that all materials were prepared for the KEIP hearing |
| 11/27/13 | Wed | J. Byrne | 1.5 | Discussions with potential buyers, NDA negotiations, distribution of materials, diligence questions |
| 11/29/13 | Fri | J. Byrne | 2.5 | Discussions with potential buyers, NDA negotiations, distribution of materials, diligence questions |
| 11/29/13 | Fri | J. Byrne | 0.5 | Internal status call |
| 11/29/13 | Fri | J. Byrne | 1.0 | Discussions with Debtor and beginning to work on the due-to / due-from analysis |
| **Total** | | | **88.0** | |

**RIH Acquisitions NJ, LLC**
Hours Expended by Yan Zhang ("YZ")

| Date | | Professional | Hours | Description |
|---|---|---|---|---|
| 11/06/13 | Wed | Y. Zhang | 3.0 | Collateral analysis, including schedules of unpaid taxes; discussions with team re: valuation |
| 11/06/13 | Wed | Y. Zhang | 2.0 | Modification and finalization of DIP budget and draw schedules |
| 11/07/13 | Thu | Y. Zhang | 1.0 | Review and revise collateral analysis |
| 11/08/13 | Fri | Y. Zhang | 3.0 | Analysis of DIP lender collateral position |
| 11/11/13 | Mon | Y. Zhang | 2.0 | Discussion with lender and client on draw schedule, interest reserve account, etc. |
| 11/11/13 | Mon | Y. Zhang | 1.5 | Tracking buyer progress; logging NDAs |
| 11/12/13 | Tue | Y. Zhang | 1.5 | Updating summary materials with October financials |
| 11/12/13 | Tue | Y. Zhang | 1.5 | Tracking buyer progress; logging NDAs |
| 11/13/13 | Wed | Y. Zhang | 1.5 | Tracking buyer progress; logging NDAs |
| 11/14/13 | Thu | Y. Zhang | 1.0 | Revised draw schedule in DIP model |
| 11/14/13 | Thu | Y. Zhang | 1.5 | Tracking buyer progress; logging NDAs |
| 11/15/13 | Fri | Y. Zhang | 0.5 | Call with committee counsel |
| 11/15/13 | Fri | Y. Zhang | 1.5 | Tracking buyer progress; coordinating dataroom access |
| 11/18/13 | Mon | Y. Zhang | 1.0 | Call with PWC (Committee Advisor) and internal followup |
| 11/18/13 | Mon | Y. Zhang | 1.5 | Tracking buyer progress; coordinating dataroom access |
| 11/19/13 | Tue | Y. Zhang | 1.5 | Tracking buyer progress; coordinating dataroom access |
| 11/19/13 | Tue | Y. Zhang | 1.0 | Responding to diligence requests |
| 11/19/13 | Tue | Y. Zhang | 1.0 | Updated summary presentation |
| 11/20/13 | Wed | Y. Zhang | 1.0 | Call with Committee |
| 11/20/13 | Wed | Y. Zhang | 1.5 | Tracking buyer progress; coordinating dataroom access |
| 11/20/13 | Wed | Y. Zhang | 1.0 | Responding to diligence requests |
| 11/21/13 | Thu | Y. Zhang | 1.5 | Tracking buyer progress; coordinating dataroom access |
| 11/22/13 | Fri | Y. Zhang | 1.5 | Tracking buyer progress; coordinating dataroom access |
| 11/25/13 | Mon | Y. Zhang | 1.0 | Revisions to analysis, based on advice from counsel |
| 11/25/13 | Mon | Y. Zhang | 1.5 | Tracking buyer progress; coordinating dataroom access |
| 11/26/13 | Tue | Y. Zhang | 1.5 | Tracking buyer progress; coordinating dataroom access |
| 11/27/13 | Wed | Y. Zhang | 1.5 | Tracking buyer progress; coordinating dataroom access |
| 11/29/13 | Fri | Y. Zhang | 1.5 | Tracking buyer progress; coordinating dataroom access |
| **Total** | | | **41.0** | |

# EXHIBIT C

**EXPENSE DETAIL BY PROFESSIONAL AND CATEGORY**

**APPLICATION PERIOD (NOVEMBER 6, 2013 – NOVEMBER 30, 2013)**

| Disbursements | | Amount |
|---|---|---|
| a) | Computer Assisted Legal Research | $0.00 |
| b) | Facsimile (with rates) Rate per Page $1.00 (Max. $1.00/pg.) | $0.00 |
| c) | Long Distance Telephone | $0.00 |
| d) | In-House Reproduction | $0.00 |
| e) | Outside Reproduction | $0.00 |
| f) | Outside Research | $0.00 |
| g) | Filing/Court Fees | $0.00 |
| h) | Court Reporting | $0.00 |
| i) | Travel | $347.58 |
| j) | Courier & Express Carriers (e.g., Federal Express) Federal Express        $21.45 | $21.45 |
| k) | Postage | $0.00 |
| l) | Other (Explain): Transcript of Testimony        $0.00 Copy of Official Documents        $0.00 Lien/Litigation Work        $0.00 Luncheon/Dinner Conference        $38.76 Corporate Document Retrieval        $0.00 Overtime        $0.00 | $38.76 |
| DISBURSEMENTS TOTAL | | $407.79 |

**RIH Acquisitions NJ, LLC**
Imperial Capital Expense Detail over the Application Period

| Expense Date | Employee | Expense Type | Amount |
|---|---|---|---|
| 11/01/13 | Cramer, Steven | Dinner (Working late) | $ 38.76 |
| 11/20/13 | Byrne, Justin | Ground Transportation | 151.04 |
| 11/20/13 | Byrne, Justin | Mileage/Tolls | 45.50 |
| 11/26/13 | Byrne, Justin | Ground Transportation | 151.04 |
| 11/21/13 | Cramer, Steven | Postage & Delivery | 21.45 |
| | **Total** | | **$ 407.79** |