# EXHIBIT C

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

| | | |
|---|---|---|
| Re:  WORKOUT | | Invoice No. 733224 |
| Client/Matter No. 51328-0001 | | January 8, 2014 |
| | | Page 41 |

---

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05/13 | TELEPHONE TOLL CHARGE | 147.88 |
| 11/05/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/05/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/05/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 11/05/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/05/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 11/05/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 13.43 |
| 11/06/13 | TELEPHONE TOLL CHARGE | 58.12 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 1.70 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/06/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.90 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.90 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 1.80 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   WORKOUT
Client/Matter No. 51328-0001

Invoice No. 733224
January 8, 2014
Page 42

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 1.00 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 1.70 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.90 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 1.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 2.00 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.90 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.90 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   WORKOUT                                                        Invoice No. 733224
        Client/Matter No. 51328-0001                                   January 8, 2014
                                                                              Page 43

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 2.00 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 2.80 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 1.70 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 1.40 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:    WORKOUT                                                                        Invoice No. 733224
       Client/Matter No. 51328-0001                                                   January 8, 2014
                                                                                      Page 44

| __DATE__ | __DESCRIPTION__ | __AMOUNT__ |
|---|---|---|
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/07/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/08/13 | FILING FEES - TD CARD SERVICES | 2,426.00 |
| 11/08/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/08/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/08/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/08/13 | COPY OF OFFICIAL DOCUMENTS | 2.90 |
| 11/08/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/08/13 | COPY OF OFFICIAL DOCUMENTS | 1.10 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 11/11/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/12/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/12/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 11/12/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 11/12/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 11/12/13 | COPY OF OFFICIAL DOCUMENTS | 1.30 |
| 11/12/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/12/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/12/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 1.30 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 1.10 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 1.40 |
| 11/13/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 2.50 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  WORKOUT
     Client/Matter No. 51328-0001

Invoice No. 733224
January 8, 2014
Page 45

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.90 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 2.50 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 2.50 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/14/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/15/13 | TELEPHONE TOLL CHARGE | 4.83 |
| 11/15/13 | TELEPHONE TOLL CHARGE | 5.84 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 1.40 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/15/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   WORKOUT
      Client/Matter No. 51328-0001

Invoice No. 733224
January 8, 2014
Page 46

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 1.40 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 2.90 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/16/13 | COPY OF OFFICIAL DOCUMENTS | 2.90 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:  WORKOUT

Client/Matter No. 51328-0001

Invoice No. 733224
January 8, 2014
Page 47

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.30 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:  WORKOUT                                          Invoice No. 733224
     Client/Matter No. 51328-0001                     January 8, 2014
                                                       Page 48

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 2.90 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.50 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 1.50 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/17/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/18/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/18/13 | COPY OF OFFICIAL DOCUMENTS | 1.60 |
| 11/18/13 | COPY OF OFFICIAL DOCUMENTS | 1.30 |
| 11/18/13 | COPY OF OFFICIAL DOCUMENTS | 1.50 |
| 11/18/13 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 11/18/13 | COPY OF OFFICIAL DOCUMENTS | 0.60 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 3.00 |
| 11/20/13 | COPY OF OFFICIAL DOCUMENTS | 0.20 |
| 11/21/13 | TELEPHONE TOLL CHARGE | 56.32 |
| 11/21/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/21/13 | COPY OF OFFICIAL DOCUMENTS | 1.80 |
| 11/22/13 | LIEN / LITIGATION WORK - CSC | 366.15 |
| 11/22/13 | LIEN / LITIGATION WORK - CSC | 498.65 |
| 11/22/13 | COPY OF OFFICIAL DOCUMENTS | 0.70 |
| 11/22/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/22/13 | COPY OF OFFICIAL DOCUMENTS | 2.60 |
| 11/26/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/26/13 | COPY OF OFFICIAL DOCUMENTS | 1.90 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:   WORKOUT                                                            Invoice No. 733224
      Client/Matter No. 51328-0001                                       January 8, 2014
                                                                         Page 49

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/26/13 | COPY OF OFFICIAL DOCUMENTS | 0.10 |
| 11/26/13 | COPY OF OFFICIAL DOCUMENTS | 1.90 |
| 11/27/13 | TELEPHONE TOLL CHARGE | 10.21 |
| 11/27/13 | TELEPHONE TOLL CHARGE | 19.10 |
| 11/27/13 | COPY OF OFFICIAL DOCUMENTS | 1.10 |
| 11/27/13 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 11/29/13 | TELEPHONE TOLL CHARGE | 36.66 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.20 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.40 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.40 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 12/02/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 12/02/13 | TELEPHONE TOLL CHARGE 17023395662 | 0.05 |
| 12/02/13 | TELEPHONE TOLL CHARGE 18563612315 | 0.05 |
| 12/02/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/02/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/02/13 | TELEPHONE TOLL CHARGE | 0.65 |
| 12/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.20 |
| 12/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.20 |
| 12/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.20 |
| 12/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.80 |
| 12/03/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.20 |
| 12/03/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/03/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/03/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/03/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/03/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/03/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/03/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/03/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/03/13 | TELEPHONE TOLL CHARGE | 0.65 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 21.80 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: WORKOUT

Client/Matter No. 51328-0001

Invoice No. 733224
January 8, 2014
Page 50

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 13.00 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/04/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/04/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/04/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/04/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/04/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/04/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/04/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/04/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/04/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/04/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 12/04/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 12/04/13 | TELEPHONE TOLL CHARGE | 0.50 |
| 12/05/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 12/05/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 12/05/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 54 | 10.80 |
| 12/05/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2709 | 541.80 |
| 12/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 264.00 |
| 12/05/13 | PHOTOCOPYING / PRINTING / SCANNING | 132.00 |
| 12/05/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/05/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/05/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/05/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/05/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/05/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/05/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/05/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 12/05/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 12/05/13 | FILING FEES - TD CARD SERVICES | 30.00 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 3 | 0.60 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.20 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.80 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: WORKOUT
Client/Matter No. 51328-0001

Invoice No. 733224
January 8, 2014
Page 51

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.40 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 21.00 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 21.00 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 12/06/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/06/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/06/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/06/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/06/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/06/13 | TELEPHONE TOLL CHARGE | 0.45 |
| 12/06/13 | TELEPHONE TOLL CHARGE | 1.85 |
| 12/08/13 | WESTLAW | 19.54 |
| 12/08/13 | WESTLAW | 225.87 |
| 12/08/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 42 | 8.40 |
| 12/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 12/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 12/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.80 |
| 12/08/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/08/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/09/13 | WESTLAW | 257.19 |
| 12/09/13 | TRAVEL - CAR SERVICE - RYAN JARECK | 14.00 |
| 12/09/13 | TRAVEL - MEALS - RYAN JARECK | 29.61 |
| 12/09/13 | TRAVEL- MILEAGE/TOLLS - RYAN JARECK | 37.64 |
| 12/09/13 | TRAVEL - RAIL - RYAN JARECK | 334.00 |
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.60 |
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.00 |
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.00 |
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

| | | |
|---|---|---|
| Re: | WORKOUT | Invoice No. 733224 |
| | Client/Matter No. 51328-0001 | January 8, 2014 |
| | | Page 52 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.40 |
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.00 |
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.00 |
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 71.20 |
| 12/09/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/09/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/09/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/10/13 | WESTLAW | 31.39 |
| 12/10/13 | WESTLAW | 48.00 |
| 12/10/13 | WESTLAW | 94.69 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 3 | 0.60 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 13.80 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 19.00 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.40 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 3 | 0.60 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.20 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 48.40 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 264.00 |
| 12/10/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.00 |
| 12/10/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/10/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/10/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/10/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/10/13 | TELEPHONE TOLL CHARGE | 0.05 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:    WORKOUT                                                    Invoice No. 733224
       Client/Matter No. 51328-0001                                January 8, 2014
                                                                         Page 53

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/10/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/10/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/10/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 12/11/13 | WESTLAW | 35.86 |
| 12/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 12/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 12/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.20 |
| 12/11/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.40 |
| 12/11/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 12/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 12/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 12/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 26.60 |
| 12/11/13 | PHOTOCOPYING / PRINTING / SCANNING | 28.00 |
| 12/11/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/11/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/11/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/11/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 12/12/13 | TRAVEL- MILEAGE/TOLLS - KENNETH BAUM | 22.50 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 89 | 17.80 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 209 | 41.80 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 16.20 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.40 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 34.40 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 12/12/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.05 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: WORKOUT
Client/Matter No. 51328-0001

Invoice No. 733224
January 8, 2014
Page 54

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/12/13 | TELEPHONE TOLL CHARGE 19164895900 | 0.05 |
| 12/12/13 | TELEPHONE TOLL CHARGE 1 | 0.10 |
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/12/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 12/12/13 | TELEPHONE TOLL CHARGE 12123519758 | 0.55 |
| 12/12/13 | TRAVEL - MILEAGE / TOLLS | 102.83 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 16.40 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.20 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 16.40 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 28 | 5.60 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 865 | 173.00 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 731 | 146.20 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 372 | 74.40 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 66 | 13.20 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 137.60 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 41.60 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 133.60 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 4 | 0.80 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 19.00 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Re:   WORKOUT
      Client/Matter No. 51328-0001

Invoice No. 733224
January 8, 2014
Page 55

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.40 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 17.60 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING | 33.40 |
| 12/13/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 12/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/13/13 | TELEPHONE TOLL CHARGE 12127288976 | 0.05 |
| 12/13/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/13/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/13/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/13/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/13/13 | TELEPHONE TOLL CHARGE | 0.55 |
| 12/13/13 | TELEPHONE TOLL CHARGE | 0.95 |
| 12/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.20 |
| 12/15/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 12/16/13 | WESTLAW | 14.62 |
| 12/16/13 | WESTLAW | 34.15 |
| 12/16/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 48 | 9.60 |
| 12/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 12/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 12/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/16/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/16/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 12/16/13 | TELEPHONE TOLL CHARGE | 0.45 |
| 12/16/13 | TRANSCRIPT OF TESTIMONY - NEXT GENERATION REPORTING, LLC | 2,868.45 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.60 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.00 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:    WORKOUT                                                      Invoice No. 733224
       Client/Matter No. 51328-0001                                  January 8, 2014
                                                                          Page 56

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 10.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.60 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.60 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.60 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.80 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.80 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.80 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.80 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 300 | 60.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 240 | 48.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 234 | 46.80 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.60 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.60 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 11.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 11.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.80 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.60 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 9.60 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.00 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:   WORKOUT
Client/Matter No. 51328-0001

Invoice No. 733224
January 8, 2014
Page 57

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.80 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 20.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.20 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 13.60 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 42.60 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 120.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 42.60 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 68.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 100.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 36.00 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 12/17/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/17/13 | POSTAGE | 9.26 |
| 12/17/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/17/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/17/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/17/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/17/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/17/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/17/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/17/13 | TELEPHONE TOLL CHARGE | 0.55 |
| 12/17/13 | TELEPHONE TOLL CHARGE | 0.75 |
| 12/17/13 | TELEPHONE TOLL CHARGE | 1.05 |
| 12/17/13 | OVERTIME - M. Siau - Auction | 25.35 |
| 12/17/13 | OVERTIME - A. Turek - Auction | 61.85 |
| 12/17/13 | OVERTIME - D. Porcoro - Auction | 123.08 |
| 12/17/13 | OVERTIME - K. Abutayeb - Auction | 137.84 |
| 12/17/13 | OVERTIME - C. Decourcey-Cote - Auction | 332.55 |
| 12/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.00 |
| 12/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.00 |
| 12/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/18/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 10 | 2.00 |
| 12/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 12/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 12/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 12/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re: WORKOUT                                                     Invoice No. 733224
    Client/Matter No. 51328-0001                                January 8, 2014
                                                                Page 58

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.60 |
| 12/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/18/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 12/18/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/18/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/18/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/18/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/18/13 | TELEPHONE TOLL CHARGE | 0.35 |
| 12/18/13 | OVERTIME - C. Decourcey-Cote - Auction | 81.85 |
| 12/18/13 | OVERTIME - D. Porcoro - Auction | 258.69 |
| 12/18/13 | MESSENGER SERVICE - FEDERAL EXPRESS | 28.37 |
| 12/19/13 | WESTLAW | 14.62 |
| 12/19/13 | WESTLAW | 15.53 |
| 12/19/13 | WESTLAW | 263.92 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 30.40 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.00 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.20 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.80 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.40 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.00 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.00 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.00 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 17 | 3.40 |
| 12/19/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 23 | 4.60 |
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.15 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:   WORKOUT
      Client/Matter No. 51328-0001

Invoice No. 733224
January 8, 2014
Page 59

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.45 |
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.45 |
| 12/19/13 | TELEPHONE TOLL CHARGE | 0.70 |
| 12/19/13 | TRANSCRIPT OF TESTIMONY - VERITEXT | 973.35 |
| 12/20/13 | WESTLAW | 138.22 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 35 | 7.00 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 23 | 4.60 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 25.80 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 35.40 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 35.40 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 70.80 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 6.40 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 29.60 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 19.20 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 75.20 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 197.60 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 13.80 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 19.00 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 12/20/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 61 | 12.20 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.10 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:  WORKOUT
Client/Matter No. 51328-0001

Invoice No. 733224
January 8, 2014
Page 60

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.15 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.30 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.40 |
| 12/20/13 | TELEPHONE TOLL CHARGE | 0.60 |
| 12/21/13 | WESTLAW | 7.35 |
| 12/21/13 | WESTLAW | 48.59 |
| 12/21/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 267 | 53.40 |
| 12/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 12.40 |
| 12/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.80 |
| 12/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 12/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.00 |
| 12/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 15.20 |
| 12/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 8.80 |
| 12/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 12/21/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.80 |
| 12/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 16.80 |
| 12/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 16.80 |
| 12/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 24.80 |
| 12/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 26.40 |
| 12/22/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 12/22/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 72 | 14.40 |
| 12/22/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/22/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/22/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/22/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/23/13 | WESTLAW | 63.15 |
| 12/23/13 | PHOTOCOPYING / PRINTING / SCANNING | 7.80 |
| 12/23/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 12/23/13 | PHOTOCOPYING / PRINTING / SCANNING | 49.40 |
| 12/23/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/23/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/23/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/23/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/23/13 | TELEPHONE TOLL CHARGE | 0.05 |

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

Re:   WORKOUT

Client/Matter No. 51328-0001

Invoice No. 733224
January 8, 2014
Page 61

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/23/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/23/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/24/13 | PHOTOCOPYING / PRINTING / SCANNING | 4.40 |
| 12/26/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.60 |
| 12/26/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/26/13 | TELEPHONE TOLL CHARGE | 0.25 |
| 12/27/13 | PHOTOCOPYING / PRINTING / SCANNING | 5.20 |
| 12/27/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/27/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 6 | 1.20 |
| 12/27/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 18 | 3.60 |
| 12/27/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/27/13 | TELEPHONE TOLL CHARGE | 0.20 |
| 12/27/13 | TRANSCRIPT OF TESTIMONY - TD CARD SERVICES | 471.90 |
| 12/30/13 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 12/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.20 |
| 12/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 3.80 |
| 12/30/13 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 0.05 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 0.10 |
| 12/30/13 | TELEPHONE TOLL CHARGE | 0.10 |

TOTAL COSTS ADVANCED:                            $   16,254.70

TOTAL SERVICES AND COSTS:                         $  302,899.20



**Court Plaza North**
**25 Main Street**
**P.O. Box 800**
**Hackensack, NJ 07602-0800**
**201.489.3000   201.489.1536  fax**
**FEDERAL ID# 22-2113414**
—
**New York**
—
**Delaware**
—
**Maryland**
—
**Texas**

THE ATLANTIC CITY CASINO HOTEL
BOSTON & THE BOARDWALK
ATLANTIC CITY, NJ 08401
ATTN: ERIC MATEJEVICH

# R E M I T T A N C E   P A G E

FOR PROFESSIONAL SERVICES RENDERED

Re:    **Client/Matter No. 51328-0001**                                    Invoice No. 733224
       **WORKOUT**                                                          January 8, 2014

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

TOTAL SERVICES AND COSTS:                                    $   302,899.20